IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST COX,

        Plaintiff,                        No. CIV S-11-1217 GGH P

   vs.

T. NORTH, et al.,

        Defendants.              ORDER

_____/

        Plaintiff is proceeding pro se with a civil rights action. This action is before the undersigned pursuant to plaintiff's consent. Doc. 4. By order filed June 6, 2011, the court granted plaintiff twenty-eight days to file an amended complaint. In the June 6, 2011 order, the court informed plaintiff of the deficiencies in his complaint. The twenty-eight day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        For the reasons given in the June 6, 2011, order, IT IS HEREBY ORDERED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: August 22, 2011

                                        /s/ Gregory G. Hollows
                                   UNITED STATES MAGISTRATE JUDGE

GGH: AB; cox1217.fta

1